**Order entered January 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00491-CR

**CLOVIS BRAXTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-00729-H**

## ORDER

The Court **REINSTATES** the appeal.

On December 11, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On December 31, 2012, appellant filed a motion to extend time to file his brief and on January 2, 2013, we received appellant's brief. Therefore, in the interest of expediting the appeal, we **VACATE** the December 11, 2012 order requiring findings.

We **GRANT** the December 31, 2012 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    DAVID W. EVANS
        JUSTICE